UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DANIEL BEDNYAK**                                            CIVIL ACTION

**VERSUS**                                                    NO: 24-025

**FINANCIAL RISK MITIGATION, INC.**                           SECTION: A(5)

### JUDGMENT

Pursuant to the Order and Reasons entered herein,[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the Defendant, Financial Risk Mitigation, Inc., and against the Plaintiff, Daniel Bednyak as to each count alleged in the complaint. Counts I, II, IV, V, and VI, are dismissed with prejudice. Count III is dismissed without prejudice.

New Orleans, Louisiana, this 31st day of May, 2024.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

1 Rec Doc 11